FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
199 Fremont Street, 23rd Floor
San Francisco, CA  94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendants
Doubletree DTWC LLC, HLT Operate
DTWC LLC, Hilton Worldwide, Inc.,
and RLH Partnership, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNIE ARNOLD,<br><br>             Plaintiff,<br><br>      v.<br><br>DOUBLETREE DTWC LLC; HLT OPERATE DTWC LLC; HILTON WORLDWIDE, INC.; RLH PARTNERSHIP, L.P.; and DOES 1-25, Inclusive,<br><br>             Defendants. | Case No. C10-02610-BZ-ADR<br><br>Complaint Filed:  June 14, 2010<br><br>**STIPULATION AND [PROPOSED] ORDER  RE: DISMISSAL OF HILTON WORLDWIDE, INC.** |

The parties, by and through their respective counsel, recite and stipulate as follows:

1.      This lawsuit was filed on June 14, 2010.  Defendants Doubletree DTWC LLC and HLT Operate DTWC LLC were served with the Complaint on June 18, 2010; defendant RLH Partnership, L.P. was served on June 21, 2010, and; defendant Hilton Worldwide, Inc. was served on June 18, 2010.

2.      Since the filing of the Complaint, Plaintiff has been advised by Defendants' counsel that Hilton Worldwide, Inc., is not the owner, operator, lessor, or lessee of the hotel that is the subject of this lawsuit.

3.     Accordingly, the parties stipulate to the dismissal without prejudice of Hilton Worldwide, Inc. from this action.

Dated: August 4, 2010                                   SIDNEY J. COHEN, P.C.

                                                        /s/
                                                        Sidney J. Cohen
                                                        Attorney for Plaintiff
                                                        Connie Arnold

Dated: August 4, 2010                                   FOLGER LEVIN LLP

                                                        /s/
                                                        Jiyun Cameron Lee
                                                        Attorneys for Defendants
                                                        Doubletree DTWC LLC, HLT Operate DTWC LLC,
                                                        Hilton Worldwide, Inc., and RLH Partnership, L.P.

Pursuant to General Order 45(X), I attest that the signatories above have concurred in the filing of this document.

                                                        /s/
                                                        Jiyun Cameron Lee

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

Dated: August 4 , 2010                                  [signature]
                                                        The Honorable Bernard Zimmerman
                                                        United States Magistrate Judge

717307.2