SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
CONNIE ARNOLD

FOLGER LEVIN LLP
JIYUN CAMERON LEE State Bar No. 161667
199 Fremont Street, 23rd Floor
San Francisco, CA 94105
Telephone: (415) 625-1050
Facsimile: (415) 625-1091

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>  Plaintiff,<br><br>v.<br><br>DOUBLETREE DTWC LLC;<br>HLT OPERATE DTWC LLC;<br>HILTON WORLDWIDE, INC;<br>RLH PARTNERSHIP, L.P.; and<br>DOES 1-25, Inclusive,<br><br>  Defendants.<br>_____/ | CASE NO. C 10-02610 BZ<br><u>Civil Rights</u><br><br><br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO PERMIT PLAINTIFF<br>TO FILE A FIRST AMENDED<br>COMPLAINT**<br><br>Federal Rule Of Civil Procedure 15(a)(2) |

**STIPULATION**

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff CONNIE ARNOLD and defendants DOUBLETREE DTWC LLC, HLT OPERATE DTWC LLC, HILTON WORLDWIDE, INC, and RLH PARTNERSHIP, L.P., by and through their counsel, consent and stipulate to the filing by Plaintiff of a First Amended Complaint to add DOUBLETREE MANAGEMENT LLC. as a party defendant in this action.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

Certification Of Interested Parties.                              -1-

1  Date: 8/4/10                          SIDNEY J. COHEN
                                         PROFESSIONAL CORPORATION
2
                                              /s/ Sidney J. Cohen
3                                    By _____
                                         Sidney J. Cohen
4                                        Attorney for Plaintiff

5  Date: 8/04/10                              FOLGER LEVIN

6
                                              /s/ Jiyun Cameron Lee
7                                    By _____
                                         Jiyun Cameron Lee
8                                        Attorney for All Defendants

9                                       **ORDER**

10          Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

11

12  Date:   August 4, 2010           _____
                                         Bernard Zimmerman
13                                       United States Magistrate Judge nold

Certification Of Interested Parties.               -2-