1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682
   Facsimile:  (510) 893-9450
4
   Attorneys for Plaintiff
5  CONNIE ARNOLD

6  FOLGER LEVIN LLP
   JIYUN CAMERON LEE State Bar No. 161667
7  199 Fremont Street, 23rd Floor
   San Francisco, CA 94105
8  Telephone: (415) 625-1050
   Facsimile:  (415) 625-1091
9
   Attorney for All Defendants

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13  CONNIE ARNOLD                        CASE NO. C 10-02610 BZ
                                         Civil Rights
            Plaintiff,
14

15  v.

16  DOUBLETREE DTWC                      STIPULATION, DECLARATION,
    LLC; HLT OPERATE DTWC                AND [PROPOSED] ORDER FOR
17  LLC; RLH PARTNERSHIP,                 ENLARGEMENT OF TIME TO
    L.P.; DOUBLETREE                     CONDUCT GENERAL ORDER 56
18  MANAGEMENT, LLC;                     "MEET AND CONFER" AND TO
    and DOES 1-25, Inclusive,            FILE "NOTICE OF NEED FOR
19                                       MEDIATION"
            Defendants.
20  _____/        (Local Rule 6-2

21

22

23

24

25

26

27

28
Stipulation, Declaration, And [Proposed] Order For
Enlargement Of Time To Conduct General Order 56
"Meet And Confer"                           -1-

## STIPULATION

Plaintiff CONNIE ARNOLD and Defendants DOUBLETREE DTWC LLC, HLT OPERATE DTWC LLC, RLH PARTNERSHIP, L.P., and DOUBLETREE MANAGEMENT, LLC, by and through their counsel, stipulate to an enlargement of time from October 1, 2010 to no later than November 12, 2010 to conduct the "meet and confer" required by paragraph 4 of General Order 56 and an enlargement of time from November 1, 2010 to November 12, 2010 to file a "Notice of Need for Mediation" required by paragraph 6 of General Order 56.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

It is so stipulated.

Date: 9/24/10

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By /s/ Sidney J. Cohen
Sidney J. Cohen
Attorney for Plaintiff

Date: Sept. 24, 2010

FOLGER LEVIN

By /s/ Jiyun Cameron Lee
Jiyun Cameron Lee
Attorney for All Defendants

## DECLARATION OF SIDNEY J. COHEN

I, Sidney J. Cohen, declare:

1. I am counsel for Plaintiff in this action. I am an attorney in good standing and licensed to practice in the courts of California, in the United States District Courts for the Northern, Eastern, and Central Districts, in the United States Court of Appeals for the Ninth Circuit, and in the United States Supreme Court. If called upon to testify, I would testify as follows:

Stipulation, Declaration, And [Proposed] Order For
Enlargement Of Time To Conduct General Order 56
"Meet And Confer"        -2-

2. Pursuant to the court's Scheduling Order in the case and General Order 56, the parties held a seven hour joint site inspection of the 245 room Doubletree hotel which is the subject of this action on September 17, 2010. As a result, the parties presently are required by General Order 56 to hold their "meet and confer" by no later than October 1, 2010 and, if the case has not settled within forty-five (45) days from September 17, 2010, to file a "Notice of Need for Mediation" on November 1, 2010.

3. Based on the site inspection, Plaintiff's consultant Peter Margen will be preparing a voluminous and detailed Report which 1)will identify each item that Plaintiff alleges is a barrier to access at the hotel, 2) will cite both the California Building Code (CBC) and the Americans With Disabilities Act Accessibility Guidelines (ADAAG) requirements for each item, and 3) will set forth Plaintiff's proposed scope of work to bring each alleged barrier into compliance with the CBC and ADAAG. Upon its completion, Plaintiff will provide the Report to Defendants for evaluation in advance of the"meet and confer."

4. Due to Plaintiff's expert consultant's and Plaintiff's attorney's existing schedules as set forth below, together with the need for Defendants, their counsel, and their consultant to have sufficient time in advance of the "meet and confer" to evaluate the Report, the present October 1, 2010 "meet and confer" deadline does not provide sufficient time to conduct a meaningful"meet and confer."

A. Plaintiff's consultant does not have sufficient time to prepare and complete his Report until on or about October 15, 2010.In this regard, Plaintiff's consultant was in Los Angeles on business on September 21 and was in mediation in San Francisco all day on September 22. In addition, Plaintiff's consultant is scheduled to be in Los Angeles on September 28 through October 1 on consultant business matters and on vacation out of the Bay Area from October 2-10.

B. I am out of state on vacation from October 8-15 and will need

1 one or two days to review the Report prior to forwarding it to Defendants' counsel.

2      C.    Defendants' counsel Jiyun Cameron Lee has advised me that it may take as long as three (3) weeks for her, her consultant, and her clients to evaluate the items and issues in the Report, prepare a substantive response to each claim item, and participate in a meaningful "meet and confer" as required by paragraph 4 of General Order 56.

     5.    An extension of the "meet and confer" date to no later than November 12, 2010 and "Notice of Need for Mediation" date to November 12, 2010 should provide sufficient time for Plaintiff's consultant to complete his Report, for Plaintiff's counsel to review the Report and provide it to Defendants' counsel, and for Defendants, Defendants' counsel, and Defendants' consultant to review the Report in advance of the "meet and confer" and to respond to each of Plaintiff's claim items at the "meet and confer" as required by paragraph 4 of General Order 56.

     6.    With the exception of extending the October 1, 2010 "meet and confer" date and the November 1, 2010 "Notice of Need for Mediation" date, granting the requested extension will not effect any other deadlines in the case.

     7.    There have been no prior Stipulations or Court Orders which have altered court ordered deadlines.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September, 2010 at Oakland, California.

                                  /s/ Sidney J. Cohen
                                  Sidney J. Cohen

## ORDER

Having considered the parties Stipulation and supporting Declaration, and for good cause shown, the court extends the date by which the parties must conduct their General order 56 "meet and confer" to no later than November 12,

Stipulation, Declaration, And [Proposed] Order For
Enlargement Of Time To Conduct General Order 56
"Meet And Confer"                        -4-

1  2010 and the date by which the parties must file any "Notice of Need for Mediation"
2  to November 12, 2010.

**IT IS SO ORDERED.**

Date: 27 Sept 2010

Bernard Zimmerman
United States Magistrate Judge

Stipulation, Declaration, And [Proposed] Order For
Enlargement Of Time To Conduct General Order 56
"Meet And Confer"                                           -5-