**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com

Attorney for Related-Plaintiff EDWARD MUEGGE in the latest assigned case, Muegge v. Doubletree Rohnert Park, et al. N. Dist. Case No. C11-0332 DMR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>DOUBLETREE DTWC LLC; HLT OPERATE DTWC LLC; HILTON WORLDWIDE, INC.; and RLH PARTNERSHIP, L.P.; and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO. C10-2610-BZ<br>Civil Rights<br><br>RELATED CASE Muegge v. Doubletree Rohnert Park, et al<br>N. Dist. Case No. C11-0332 DMR<br><br>[~~Proposed~~] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES AND REQUEST REASSIGNMENT<br><br>[Civil Local Rules 3-12(b) and 7-11] |

HAVING REVIEWED the unopposed administrative motion of EDWARD MUEGGE to relate cases and request reassignment before the earliest assigned court, Judge Bernard Zimmerman, and good

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Order Re Administrative Motion to Relate Cases: Case No. C10-2610-BZ

1 | cause appearing, the motion is granted.
2 | SO ORDERED. _Trial Order 56_
3 | _continues to apply_
4 |
...
9 | Dated: 16 Feb /11
10 | HON. BERNARD ZIMMERMAN
11 | MAGISTRATE JUDGE OF
    | U.S. DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Order Re Administrative Motion to Relate Cases: Case No. C10-2610-BZ — 2 —