```
 1  TIMOTHY S. THIMESCH, Esq. (No. 148213)
    158 Hilltop Crescent
 2  Walnut Creek, CA 94576-3452
    Direct: (925) 588-0401
 3  Facsimile: (888) 210-8868
    tim@thimeschlaw.com
 4
    Attorney for Plaintiff EDWARD MUEGGE
 5
    JIYUN CAMERON LEE, ESQ. (State Bar No. 161667)
 6  FOLGER LEVIN LLP
    199 Fremont Street, 23rd Floor
 7  San Francisco, CA 94105
    (415) 625-1050
 8  Fax: (415) 625-1091
    Email: jlee@folgerlevin.com
 9
    ATTORNEYS FOR Defendants RLH PARTNERSHIP, L.P.; RED LION G.P.,
10  INC.; HLT OPERATE DTWC, LLC; DOUBLETREE DTWC, LLC; and
    DOUBLETREE, LLC
11
```

UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUEGGE,<br><br>    Plaintiff,<br><br>v.<br><br>DOUBLETREE ROHNERT PARK, et al.,<br><br>    Defendants. | CASE NO. C11-0332 BZ<br>Civil Rights<br><br>RELATED CASE <u>Muegge v.<br>Doubletree Rohnert Park, et al</u><br>N. Dist. Case No. C10-2610-BZ<br><br>**STIPULATION AND [Proposed]<br>ORDER EXTENDING DEADLINES<br>UNDER GENERAL ORDER 56**<br><br>[General Order 56] |

**THE PARTIES HEREBY REQUEST** a 60 day continuance of all deadlines under General Order 56. The parties are cooperating with its procedures, having completed an initial site visit on March 28, 2011, and are presently attempting to reschedule a follow-up inspection for early to mid May. They intend to thereafter present a demand, complete the early meeting and mediation. The 60-day continuance will allow the parties to

---

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Stipulation and Order Extending Deadlines : Case Nos. C11-0332 BZ

1 | complete this process.
2 |     SO STIPULATED.
3 |
4 | Dated: May 4, 2011    THIMESCH LAW OFFICES
5 |     TIMOTHY S. THIMESCH
6 |
7 |     Attorneys for Plaintiff
    EDWARD MUEGGE
8 |
9 | Dated: May 4, 2011    JIYUN CAMERON LEE, ESQ.
    FOLGER LEVIN LLP
10 |
11 |
    /s/ Authorized Signed
12 |     Attorney for Defendants
    RLH PARTNERSHIP, L.P.; RED LION
13 |     G.P., INC.; HLT OPERATE DTWC,
    LLC; DOUBLETREE DTWC, LLC; and
14 |     DOUBLETREE, LLC

**ORDER**

SO ORDERED.

Dated: 10 May 2011

BERNARD ZIMMERMAN
JUDGE OF U.S. DISTRICT COURT

Stipulation and Order Extending Deadlines : Case Nos. C11-0332 BZ      — 2 —

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401