UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>       Plaintiff(s),<br><br>  v.<br><br>DOUBLETREE DTWC LLC, et al.,<br><br>       Defendant(s). | No. C10-2610 BZ<br><br>**ORDER TO SHOW CAUSE** |

On March 8, 2011, mediator Martin H. Dodd, certified that this case had partially settled but further discussion would be facilitated.  On June 2, 2011 mediator Martin H. Dodd certified that an unsuccessful mediation process had been completed.  Pursuant to General Order 56, which governs this case, plaintiff should have filed a motion for administrative relief requesting a case management conference **seven days** thereafter.  Plaintiff has failed to do so.  Plaintiff is therefore **ORDERED** to show cause on **December 13, 2011 at 4:00 p.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, why this case

///

1

1  should not be dismissed for lack of prosecution and failure to
2  comply with court orders.
3  Dated: December 2, 2011

4  _____
   Bernard Zimmerman
5  United States Magistrate Judge

6
   G:\BZALL\-BZCASES\ARNOLD V. DOUBLETREE\ORDER TO SHOW CAUSE.wpd
7

2