UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CONNIE ARNOLD,<br><br>        Plaintiff(s),<br><br>    v.<br><br>DOUBLETREE DTWC LLC, et al.,<br><br>        Defendant(s). | No. C10-2610 BZ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Response to the Order to Show Cause and accompanying Stipulation, **IT IS HEREBY ORDERED** as follows:

1. The Order to Show Cause is **DISCHARGED**. The hearing scheduled for December 13, 2011 is **VACATED**.

2. A case management conference is scheduled for **Tuesday, January 31, 2012 at 4:00 p.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. By **January 24, 2012**, the parties shall file a joint case management statement containing a

///

///

///

1

proposed schedule for trying the remaining issues.

Dated: December 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ARNOLD V. DOUBLETREE\ORDER DISCHARGING OSC AND SETTING CMC.wpd

2