FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
199 Fremont Street, 23rd Floor
San Francisco, CA  94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendants
RLH Partnership, L.P.; Red Lion G.P., Inc.;
HLT Operate DTWC, LLC; Doubletree DTWC, LLC;
and Doubletree, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOUBLETREE ROHNERT PARK, also doing business as "Doubletree Hotel Sonoma Wine Country"; RLH PARTNERSHIP, L.P.; RED LION G.P., INC.; HLT OPERATE DTWC CORP.; HLT OPERATE DTWC, LLC; DOUBLETREE DTWC CORPORATION; DOUBLETREE DTWC, LLC; DOUBLETREE, LLC; HILTON HOTELS CORPORATION; and DOES 1 through 50, Inclusive,<br><br>　　　　　　Defendants. | Case No. CV11 0332 BZ<br><br>RELATED CASE – Arnold v. Doubletree DTWC, LLC, et al., Case No. C10-2610-BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**[Local rule 7-11]**<br><br>Complaint Filed:    June 24, 2011 |

**ORDER**

Having considered Defendants' Motion for Administrative Relief, ~~all papers filed in support of and in opposition thereto, and the docket in this matter~~ no opposition having been filed, Defendants' Motion for Administrative Relief is hereby GRANTED.

The parties are ordered to appear at a case management conference in this matter on January 31, 2012 at 4:00 p.m., in Courtroom C.  By January 24, 2012, the parties shall file a joint case management statement.

1    IT IS SO ORDERED.

2    Dated: January  12 , 2011

                                                                _____
3                                                                The Honorable Bernard Zimmerman
                                                                United States Magistrate Judge

4    761996.1