1  FOLGER LEVIN LLP
   Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
2  199 Fremont Street, 23rd Floor
   San Francisco, CA  94105
3  Telephone: 415.625.1050
   Facsimile: 415.625.1091
4
   Attorneys for Defendants
5  RLH Partnership, L.P.; Red Lion G.P., Inc.;
   HLT Operate DTWC, LLC; Doubletree DTWC, LLC;
6  and Doubletree, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ED MUEGGE,                              | Case No. CV11 0332 BZ |
12 |         Plaintiff,                      | RELATED CASE – Arnold v. Doubletree DTWC, LLC, et al., Case No. C10-2610-BZ |
13 |         v.                              | |
14 | DOUBLETREE ROHNERT PARK, also           | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |
   | doing business as "Doubletree Hotel     | |
15 | Sonoma Wine Country"; RLH               | |
   | PARTNERSHIP, L.P.; RED LION G.P.,       | **[Local rule 7-11]** |
16 | INC.; HLT OPERATE DTWC CORP.;           | |
   | HLT OPERATE DTWC, LLC;                  | Complaint Filed:    June 24, 2011 |
17 | DOUBLETREE DTWC CORPORATION;            | |
   | DOUBLETREE DTWC, LLC;                   | |
18 | DOUBLETREE, LLC; HILTON HOTELS          | |
   | CORPORATION; and DOES 1 through         | |
19 | 50, Inclusive,                          | |
20 |         Defendants.                     | |

21

22                              **ORDER**

23      Having considered Defendants' Motion for Administrative Relief, ~~all papers filed in support of and in opposition thereto, and the docket in this matter~~ no opposition having been filed, Defendants' Motion for

24

25  Administrative Relief is hereby GRANTED.

26      The parties are ordered to appear at a case management conference in this matter on

27  January 31, 2012 at 4:00 p.m., in Courtroom C.  By January 24, 2012, the parties shall file a joint

28  case management statement.

FOLGER LEVIN LLP
ATTORNEYS AT LAW
                                                           [PROPOSED] ORDER GRANTING MOTION FOR
                                                           ADMINISTRATIVE RELIEF; CASE NO. CV11 0332

1   IT IS SO ORDERED.

2   Dated: January 12, 2011

3   _____
    The Honorable Bernard Zimmerman
    United States Magistrate Judge

4

5   761996.1