1  FOLGER LEVIN LLP
   Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
2  199 Fremont Street, 23rd Floor
   San Francisco, CA 94105
3  Telephone: 415.625.1050
   Facsimile: 415.625.1091
4
   Attorneys for Defendants
5  Doubletree DTWC LLC; HLT Operate
   DTWC LLC; RLH Partnership, L.P.; and
6  Doubletree Management LLC

7  SIDNEY J. COHEN PROFESSIONAL CORPORATION
   Sidney J. Cohen (CSB No. 39023, sjc5143@aol.com)
8  427 Grand Avenue
   Oakland, CA 94610
9  Telephone: 510.893.6682
   Facsimile: 510.893.9450
10
   Attorneys for Plaintiff
11 Connie Arnold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CONNIE ARNOLD, | Case No. C10-02610-BZ-ADR |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| DOUBLETREE DTWC LLC; HLT OPERATE DTWC LLC; RLH PARTNERSHIP, L.P.; DOUBLETREE MANAGEMENT LLC; and DOES 1-25, Inclusive, | Mediation Date: January 19, 2012 |
| Defendants. | |

The parties, by and through their undersigned counsel, submit this Joint Case Management Conference Statement in compliance with the Court's Order dated December 9, 2011.

//

1. As set forth in Plaintiff Connie Arnold's Response to Order to Show Cause (filed December 9, 2011), the parties previously agreed to resolve all of Plaintiff's injunctive relief claims pursuant to the terms of a "Release And Settlement Agreement for Injunctive Relief." As a result of that agreement, the only issues remaining between the parties after November 2011 were Plaintiff's claims for damages, attorney's fees and costs.

2. On Thursday, January 19, 2012, the parties engaged in a further mediation before Mediator Martin Dodd. At that session, the parties agreed to resolve all issues remaining between them concerning Plaintiff's claims for damages, attorney's fees and costs. The parties are now working on documenting that agreement, and once the agreement is fully documented in a form acceptable to both parties, Plaintiff anticipates filing a dismissal with prejudice of all claims.

3. Based on the foregoing, no issue remains to be tried in this action. The parties therefore respectfully request that the Court vacate the case management conference that is currently scheduled for January 31, 2012.

Dated: January 24, 2012

FOLGER LEVIN LLP

/s/ *Jiyun Cameron Lee*
Jiyun Cameron Lee
Attorneys for Defendants
Doubletree DTWC LLC; HLT Operate DTWC LLC; RLH Partnership, L.P.; and Doubletree Management LLC

Dated: January 24, 2012

SIDNEY J. COHEN PROFESSIONAL CORPORATION

/s/ *Sidney J. Cohen*
Sidney J. Cohen
Attorneys for Plaintiff
Connie Arnold

Pursuant to General Order 45(X), I attest that the signatories above have concurred in the filing of this document.

/s/ *Jiyun Cameron Lee*
Jiyun Cameron Lee

FOLGER LEVIN LLP
ATTORNEYS AT LAW

-2-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; CASE NO. C10-02610-BZ-ADR

**ORDER**

Based on the Joint Case Management Conference Statement submitted by the parties, the Case Management Conference previously set for January 31, 2012, in this matter is hereby vacated. Plaintiff is ordered to file a dismissal with prejudice of the litigation once the parties finalize the terms of their settlement agreement in writing.

IT IS HEREBY ORDERED.

Dated: January 24, 2012

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

763578.1