1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
199 Fremont Street, 23rd Floor
San Francisco, CA  94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendants
Doubletree DTWC LLC; HLT Operate
DTWC LLC; RLH Partnership, L.P.; and
Doubletree Management LLC

SIDNEY J. COHEN PROFESSIONAL CORPORATION
Sidney J. Cohen (CSB No. 39023, sjc5143@aol.com)
427 Grand Avenue
Oakland, CA  94610
Telephone: 510.893.6682
Facsimile: 510.893.9450

Attorneys for Plaintiff
Connie Arnold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNIE ARNOLD,<br><br>            Plaintiff,<br><br>      v.<br><br>DOUBLETREE DTWC LLC; HLT OPERATE DTWC LLC; RLH PARTNERSHIP, L.P.; DOUBLETREE MANAGEMENT LLC; and DOES 1-25, Inclusive,<br><br>            Defendants. | Case No. C10-02610-BZ-ADR<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br><br>Mediation Date:  January 19, 2012 |

The parties, by and through their undersigned counsel, submit this Joint Case

Management Conference Statement in compliance with the Court's Order dated December 9,

2011.

//

1.     As set forth in Plaintiff Connie Arnold's Response to Order to Show Cause (filed December 9, 2011), the parties previously agreed to resolve all of Plaintiff's injunctive relief claims pursuant to the terms of a "Release And Settlement Agreement for Injunctive Relief."  As a result of that agreement, the only issues remaining between the parties after November 2011 were Plaintiff's claims for damages, attorney's fees and costs.

2.     On Thursday, January 19, 2012, the parties engaged in a further mediation before Mediator Martin Dodd.  At that session, the parties agreed to resolve all issues remaining between them concerning Plaintiff's claims for damages, attorney's fees and costs.  The parties are now working on documenting that agreement, and once the agreement is fully documented in a form acceptable to both parties, Plaintiff anticipates filing a dismissal with prejudice of all claims.

3.     Based on the foregoing, no issue remains to be tried in this action.  The parties therefore respectfully request that the Court vacate the case management conference that is currently scheduled for January 31, 2012.

Dated: January 24, 2012                          FOLGER LEVIN LLP


                                          /s/ Jiyun Cameron Lee
                                         Jiyun Cameron Lee
                                      Attorneys for Defendants
                                   Doubletree DTWC LLC; HLT Operate
                                   DTWC LLC; RLH Partnership, L.P.; and
                                      Doubletree Management LLC

Dated: January 24, 2012                          SIDNEY J. COHEN PROFESSIONAL
                                                 CORPORATION


                                          /s/ Sidney J. Cohen
                                         Sidney J. Cohen
                                      Attorneys for Plaintiff
                                         Connie Arnold

        Pursuant to General Order 45(X), I attest that the signatories above have concurred in the filing of this document.

                                          /s/ Jiyun Cameron Lee
                                         Jiyun Cameron Lee

## ORDER

Based on the Joint Case Management Conference Statement submitted by the parties, the Case Management Conference previously set for January 31, 2012, in this matter is hereby vacated. Plaintiff is ordered to file a dismissal with prejudice of the litigation once the parties finalize the terms of their settlement agreement in writing.

IT IS HEREBY ORDERED.

Dated: _January 24_____, 2012

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

763578.1