SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
CONNIE ARNOLD

FOLGER LEVIN LLP
JIYUN CAMERON LEE State Bar No. 161667
199 Fremont Street, 23rd Floor
San Francisco, CA 94105
Telephone: (415) 625-1050
Facsimile: (415) 625-1091

Attorney for All Defendants

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>DOUBLETREE DTWC LLC; HLT OPERATE DTWC LLC; RLH PARTNERSHIP, L.P.; DOUBLETREE MANAGEMENT, LLC; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 10-02610 JW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECT OF THE LAWSUIT**<br><br>FRCP section 41 |

**STIPULATION**

Plaintiff CONNIE ARNOLD and Defendants DOUBLETREE DTWC LLC, HLT OPERATE DTWC LLC, RLH PARTNERSHIP, L.P., and DOUBLETREE MANAGEMENT, LLC, by and through their counsel, file this "STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF THE LAWSUIT" pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on June 14, 2010.

Plaintiff and Defendants have entered into a "Mutual Release And

Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs," which is incorporated by reference herein as if set forth in full. The "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs" states in part that "The court shall retain jurisdiction to enforce the terms of this Settlement Agreement." The parties stipulate to the court retaining such jurisdiction

Plaintiff moves to dismiss with prejudice the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against Defendants.

Defendants, who have answered the complaint, agree to the dismissal with prejudice of the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

Date: 2/10/12

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff Connie Arnold

Date: Feb. 8, 2012

FOLGER LEVIN LLP

/s/ Jiyun Cameron Lee

Jiyun Cameron Lee
Attorney for All Defendants

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against Defendants is dismissed with prejudice. The Court shall retain

jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs."

Date: February 16, 2012

*James Ware*
James Ware
United States District Judge

Stipulation And Order For Dismissal −3−