1   SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
2   427 Grand Avenue
    Oakland, CA 94610
3   Telephone: (510) 893-6682
    Facsimile: (510) 893-9450
4
    Attorneys for Plaintiff
5   CONNIE ARNOLD

6   FOLGER LEVIN LLP
    JIYUN CAMERON LEE State Bar No. 161166
7   199 Fremont Street, 23rd Floor
    San Francisco, CA 94105
8   Telephone: (415) 625-1050
    Facsimile: (415) 625-1091
9
    Attorney for All Defendants
10

IT IS SO ORDERED

*James Ware*

Judge James Ware

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12

13  CONNIE ARNOLD                    CASE NO. C 10-02610 JW
                                     Civil Rights
        Plaintiff,
14
    v.
15
    DOUBLETREE DTWC                  **STIPULATION AND ORDER FOR**
16  LLC; HLT OPERATE DTWC            **DISMISSAL OF THE DAMAGES**
    LLC; RLH PARTNERSHIP,            **AND ATTORNEY'S FEES,**
16  L.P.; DOUBLETREE                 **LITIGATION EXPENSES, AND**
    MANAGEMENT, LLC;                 **COSTS ASPECT OF THE LAWSUIT**
17  and DOES 1-25, Inclusive,
                                     FRCP section 41
18      Defendants.
19  _____/     **STIPULATION**

20      Plaintiff CONNIE ARNOLD  and Defendants DOUBLETREE  DTWC
21  LLC, HLT OPERATE  DTWC LLC,  RLH PARTNERSHIP, L.P., and
22  DOUBLETREE  MANAGEMENT, LLC,  by and through their counsel, file this
23  "STIPULATION AND  ORDER FOR DISMISSAL OF THE DAMAGES AND
24  ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF
25  THE LAWSUIT" pursuant to Federal Rule of Civil Procedure section 41.
26      Plaintiff filed this lawsuit  on June 14, 2010.
27      Plaintiff  and Defendants  have entered into a "Mutual Release And
28

Stipulation And Order For Dismissal                    –1–

Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs," which is  incorporated by reference herein as if set forth in full.The "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs" states in part that "The court shall retain jurisdiction to enforce the terms of this Settlement Agreement." The parties stipulate to the court retaining such jurisdiction

Plaintiff  moves to dismiss with prejudice the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against Defendants.

Defendants, who have answered the complaint, agree to the dismissal with prejudice of the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Wherefore, Plaintiff  and Defendants, by and through their attorneys of record, so stipulate.

Date: 2/10/12

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff Connie Arnold

Date: Feb. 8, 2012

FOLGER LEVIN LLP

/s/ Jiyun Cameron Lee

Jiyun Cameron Lee
Attorney for All Defendants

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against Defendants is dismissed with prejudice. The Court shall retain

1  jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement

2  For Damages And Attorney's Fees, Litigation Expenses, And Costs."

3  Date:   February 16, 2012                                    _____

4                                                      James Ware
                                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28